IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARILYN K. LEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>) Case No. 16 CV 10517<br>NISSI CLEANERS, INC., an Illinois )<br>corporation, d/b/a Niles Discount Cleaners ) Judge Shah<br>and IN HAN HONG, )<br>)<br>Defendants. ) | |

**STIPULATED ORDER OF DISMISSAL OF PLAINTIFF'S
CLAIMS AGAINST DEFENDANTS WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and by and through Counsel, Plaintiff DISMISSES WITHOUT PREJUDICE her claims against all parties. This dismissal is made according to the following terms:

1. The parties shall comply with the signed settlement agreement dated May 1, 2017. The parties expressly waive their rights under Federal Rule of Civil Procedure 65(d).

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement.

3. This case is dismissed without prejudice with leave to reinstate on or before July 2, 2017 for the purpose of enforcing the settlement.

4. In the event a motion to reinstate or motion to enforce settlement is not filed on or before July 2, 2017, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Each party shall bear its own attorney's fees and costs.

By: */s/ Brian M. Dougherty*  By */s/ Amy Epton*
　　Donald S. Rothschild　　　　　　　Amy Elizabeth Paluch-Epton
　　Brian M. Dougherty　　　　　　　　Mirae Law, LLC
　　Goldstine, Skrodzki, Russian, Nemec,　1701 Golf Road, Suite 1-1106
　　and Hoff, Ltd.　　　　　　　　　　Rolling Meadows, IL 60008
　　835 McClintock Drive, 2nd Floor　　*Attorney for Defendants*
　　Burr Ridge, Illinois 60527
　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on May 4, 2017, I electronically filed the foregoing **STIPULATED ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system, and caused to be served a true and correct copy of same to all attorneys of record.

                                                 */s/ Brian M. Dougherty*
                                                 One of the Attorneys for PLAINTIFF